No. 178, Misc. UNITED STATES EX REL. ELLIOTT *v.* HENDRICKS, DEPUTY COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.

No. 280, October Term, 1953. PHILLIPS PETROLEUM Co. *v.* WISCONSIN ET AL., 347 U. S. 672; and

No. 281, October Term, 1953. TEXAS ET AL. *v.* WISCONSIN ET AL., 347 U. S. 672. Motion for leave to file brief of Independent Petroleum Assn. et al., as *amici curiae,* denied. Motion in No. 281 for leave to file a supplemental petition for rehearing denied. Petitions for rehearing denied.

No. 605, October Term, 1953. PIERCE *v.* AMERICAN COMMUNICATIONS Co., INC., 347 U. S. 944. Motion for leave to file certified copies of court records denied. Motion for leave to file a second petition for rehearing denied.

No. 623, October Term, 1953. FERROLINE CORPORATION *v.* GENERAL ANILINE & FILM CORP., 347 U. S. 953. Second petition for rehearing denied.

No. 635, October Term, 1953. LEYRA *v.* DENNO, WARDEN, 347 U. S. 556. Rehearing denied.